

March 16, 2016

Hon. Richard J. Sullivan
United States District Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom  905
New York, New York 10007

Re:   Guo Qiang Xu v. Umi Sushi,
et al Conference
15CV-4710

Dear Judge Sullivan

REP Associates is a service organization, serving and working with attorneys to provide client referrals, Chinese-English interpretation, scheduling, and paper work preparation, including organization of discovery material. It does not represent any clients in any courts, but only works with attorneys, who are independent, not employees.

When Attorney Minhui Ye decided to leave private practice, REP helped coordinate the attorney change to Clement Francis. Mr. Francis attended a deposition of the plaintiff, and was scheduled to file a notice of appearance, but I understand he had to leave the country to see his mother, and did not attend to answering the pre-motion conference request because he believed the case was settled.

 Mr. Irwin may have stated that he had no prior dealings with Ms. Ye. However, he, in fact, appeared in federal court with her on two occasions. He also did not appear at the conference with Your Honor at my direction. I merely asked him if he was available to go in place of Ms. Ye, who actually recommended him, and who now works full time for the US Justice Department.

I have no control over any of these attorneys, and I don't order anyone to do anything. I have provided a copy of your Order to the Plaintiff. I have no desire to circumvent the law.

I am unable to walk as a result of a stroke, and I am eager to be helpful, so I am able and willing to participate in the conference  by telephone.

Respectfully submitted,

*Robert E. Porges*
Robert E. Porges