UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-16
```

GUO QIANG XU,

                          Plaintiff,

-v-

                                                No. 15-cv-4710 (RJS)
                                                  ORDER

AMY DOE, *et al.*,

                          Defendants.

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the attached letter from Robert E. Porges of R.E.P. Law Associates – a firm apparently representing Plaintiff (*see* Doc. No. 27) – dated March 16, 2016, and received in chambers on March 24, 2016, requesting permission to participate in the previously-scheduled order to show cause hearing on Tuesday, April 5, 2016 at 11:15 a.m. (*see* Doc. No. 27) by phone (instead of in person). In light of his poor health, Mr. Porges' request to participate telephonically is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT, shortly before the hearing begins on April 5, 2016, Mr. Porges shall call the Court at the following number: (212) 805-0137.

SO ORDERED.

Dated:      March 25, 2016
                New York, New York

                                                              RICHARD J. SULLIVAN
                                                              UNITED STATES DISTRICT JUDGE

March 16, 2016

Hon. Richard J. Sullivan
United States District Judge, United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom   905
New York, New York 10007

                                         Re:   Guo Qiang Xu v. Umi Sushi,
                                                et al Conference
                                                15CV-4710

Dear Judge Sullivan

REP Associates is a service organization, serving and working with attorneys to provide client referrals, Chinese-English interpretation, scheduling, and paper work preparation, including organization of discovery material. It does not represent any clients in any courts, but only works with attorneys, who are independent, not employees.

When Attorney Minhui Ye decided to leave private practice, REP helped coordinate the attorney change to Clement Francis. Mr. Francis attended a deposition of the plaintiff, and was scheduled to file a notice of appearance, but I understand he had to leave the country to see his mother, and did not attend to answering the pre-motion conference request because he believed the case was settled.

Mr. Irwin may have stated that he had no prior dealings with Ms. Ye. However, he, in fact, appeared in federal court with her on two occasions. He also did not appear at the conference with Your Honor at my direction. I merely asked him if he was available to go in place of Ms. Ye, who actually recommended him, and who now works full time for the US Justice Department.

I have no control over any of these attorneys, and I don't order anyone to do anything. I have provided a copy of your Order to the Plaintiff. I have no desire to circumvent the law.

I am unable to walk as a result of a stroke, and I am eager to be helpful, so I am able and willing to participate in the conference by telephone.

Respectfully submitted,

*Robert E. Porges*
Robert E. Porges