UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK
-----------------------------------------------------------x
GUO QIANG XU,
                Plaintiffs

-v-                                                CIVIL CASE NO.: 1:15-cv-4710-RJS

                                                        <u>ORDER TO SHOW CAUSE</u>

AMY DOE, *et al.*,
                Defendants
-----------------------------------------------------------x

Dear Judge Sullivan:

        I hereby respectfully apologize for my abject failure to comply with the Court's orders directing Plaintiff to file within 3 business days, a response to Defendant's request for a pre-motion conference.

        The failure is mine and mine alone and I take full responsibility for such failure. As a matter of fact, although I did attend a deposition on February 18th, 2016 at the request of R.E.P. Law Associates, I never filed a Notice of Appearance for the subject case. Thus, I was unable to receive the Court's order electronically at my office for this case. At the time, many pressing matters were battling for my attention, not the least of which was my need to immediately attend to my dear mother whose medical condition had taken a turn for the worse.

        In or about the latter part of December 2015, I was introduced to the office of R.E.P. Law Associates by Mr. Ernest, in my sincere desire to gain experience in the proper handling of Federal cases, with special emphasis on Mandamus cases. I felt grateful for the opportunity to learn from Mr. Porges whose experience seemed extensive. Prior to meeting Mr. Porges, I had asked two attorneys to show me how to handle Mandamus cases, but neither of the two lived up to their promises. When Mr. Porges asked me to appear on his behalf for a few cases I felt it was a great opportunity for me to learn. At no time was I aware that R.E.P. Law Associates was not a licensed establishment run by Mr. Porges. And the only reason he was not attending court was because of his obvious disability from a stroke.

I made appearances on a few cases for R.E.P. Law Associates prior to receiving the Court's order. There were 4 federal cases and 3 State cases, of which I was able to secure modest settlements on two cases. With regard to the current case, I was informed that a settlement was offered.

I respectfully and sincerely apologize for my failure and promise the Court that I would henceforth adhere to the Court's orders in a timely manner, as I seek to fully complete the cases to which my Notices of Appearance have been entered, as I seek to take no further cases from the R.E.P. Law Associates.

I regret my error and humbly ask the Court's understanding and pardon.

Respectfully submitted

Clement A. Francis, Esq.
822 Clarkson Ave., 2nd Floor
Brooklyn, NY 11203
Tel:    917-892-0105
Dated: March 28, 2016