UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GUO QIANG XU,

                Plaintiff,

      -against-

UMI SUSHI, INC. dba UMI SUSHI
RESTAURANT, et al.,

               Defendants.
------------------------------------------------------------------X

ORDER

15-CV-4710 (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/18

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In this action brought, pursuant to the Fair Labor Standards Act, the Court convened a settlement conference, during which the parties were able to resolve their dispute. The terms and conditions under which the parties agreed to resolve their dispute were reduced to a writing, which was submitted to the Court for its review and approval. Thereafter, conferences were held with the parties during which the Court identified certain provisions in the parties' written settlement agreement which had to be modified. The parties have modified their written settlement agreement and have submitted it to the Court for its review. See Docket Entry Nos. 48, 51 and 57.

      Based upon the review of the parties' written settlement agreement, as modified, and the discussions had during the settlement conference, the Court finds that the settlement is fair and reasonable. Therefore, the Court approves the parties' settlement agreement and dismisses this case with prejudice.

      The Clerk of Court is directed to record this case as closed on the docket sheet.

Dated: New York, New York
          July 25, 2018

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE